UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

REGINALD MCNEARY,           )
                            )
    Plaintiff,               )
                            )
v.                          )       No. 4:14CV2007 HEA
                            )
UNITED STATES MARSHALS SERVICE, )
                            )
    Defendant,               )

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on plaintiff=s pro se complaint. Plaintiff, a prisoner, has neither paid the filing fee nor filed a motion for leave to proceed in forma pauperis. Plaintiff must pay the fee or file a motion for leave to proceed in forma pauperis in order to proceed with this action. If plaintiff chooses to file a motion for leave to proceed in forma pauperis, he must also submit a prison account statement as required by 28 U.S.C. ' 1915(a)(2).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within thirty days of the date of this Order, either pay the $350 filing fee or file a motion to proceed in forma pauperis along with a certified copy of his prisoner account statement for the six-month period immediately preceding the filing of the notice of appeal.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the "Motion to Proceed In Forma Pauperis - Prisoner Cases" form.

Dated this 10th day of December, 2014.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE